UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

PREFERRED MUTUAL INSURANCE
COMPANY AS SUBROGEE OF
JOSEPH BRILLINGER, JEFFREY BRILLINGER
and EMILY LEVINE,

     Plaintiff,

v.

CZ-USA, d/b/a
DAN WESSON FIREARMS,

     Defendant.

------------------------------------------------------------------ X

CIVIL ACTION NO.:
3:13-CV-1590 (TJM/DEP)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 17 2015
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Binghamton

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, PREFERRED MUTUAL INSURANCE COMPANY, and the Defendant, CZ-USA, by and through counsel of record, and hereby jointly agree, stipulate, and move that, whereas no party hereto is an infant or incompetent, this action be DISMISSED WITH PREJUDICE as to all claims of the Plaintiff asserted in this matter against Defendant, with each party to bear its own costs.

DATED this 8th day of June 2015.

**APPROVED AND AGREED:**

s/ Matthew W. Perkins
Matthew W. Perkins, Esq.
*Attorneys for Plaintiff*
Lecomte, Emanuelson and Doyle
Batterymarch Park II
Suite 105
Quincy, MA 02169
Tel.: 617-328-1900
Fax: 617-328-2030 (fax)
mperkins@lecomtelaw.com

s/ Ryan L. Erdreich
Ryan L. Erdreich, Esq. (517951)
*Attorneys for Defendant*
Pisciotti Malsch, P.C.
445 Hamilton Avenue
Suite 1102
White Plains, New York 10601
Tel.: (914) 287-7711
Fax: (914) 287-7715
rerdreich@pmblegalfirm.com

SO ORDERED.

Dated: June 17, 2015

_____
Hon. Thomas J. McAvoy, SUSDJ